IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

Cramer, Chelsea C. , Plaintiff

v.

JBS _____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 07 2023**

JEFFREY P. COLWELL
CLERK

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Chelsea C. Cramer 918 12th Ave Greeley CO 80631
(Name and complete mailing address)

(719)371-4325 + cramerchelse@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: JBS 1770 Promontory Cir. Greeley CO 80634
(Name and complete mailing address)

(970)506-8000 (corporate)
(Telephone number and e-mail address if known)

Defendant 2: JBS 800 N. 8th Ave Greeley, CO 80631
(Name and complete mailing address)

(970)304-7315 (plant)
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

____ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

✓ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

+ ✓ Other: *(please specify)* failure to reasonably accommodate for my disabilities.

D. **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: <u>Discrimination on the basis of my disabilities.</u>

The conduct complained of in this claim involves the following: (*check all that apply*)

___ failure to hire                    ___ different terms and conditions of employment

___ failure to promote            ✓ failure to accommodate disability

✓ termination of employment    ___ retaliation

✓ other: (*please specify*) treated unfair, unjust, and discriminatory - failure to reasonably accommodate. Reinstated to less desirable position.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

___ race            ___ religion        ___ national origin        ___ age

___ color           ___ sex              ✓ disability(s)

Supporting facts:

I requested accommodations, HR told me if I go through w/ my request I'll most likely be put out of work. HR gave me 'restrictions' form for my doctor to complete, valid. HR said they needed more information but could not give me any details on what they needed. We were very thorough. Shortly after my engagements w/ HR around my disabilities I started getting terminated besides my explanations of my challenges. Although reinstated, it was unfavored the agreements. I've lost enjoyment in life. I'm losing alot of money. I'm struggling. JBS discriminated & continues to, on the basis of my disabilities. I need equal opportunity & JBS won't give it to me or allow me to have equal opportunity & be successful. Although reinstated, it was to a less desired position + hard on my disabilities. I've lost enjoyment in life b/c of JBS's discriminatory actions. I was termed on 'poor performance', although never performed poorly. Please see Exhibit A.

3

E.   **ADMINISTRATIVE PROCEDURES**

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

✓ Yes (*You must attach a copy of the administrative charge to this complaint*)

___ No

Have you received a notice of right to sue? (*check one*)

✓ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

___ No

F.   **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* $300,000 + for damages monitary, loss of income, + loss of enjoyment in life + hardship. To reinstate me to my previous position on the Health + Hygiene Dept. cleaning offices + common areas of the JBS, beef production plant.

G.   **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

July 27, 2023
(Date)

(Revised February 2022)

4